# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WATERMAN, <br><br> Plaintiff, <br><br> v. <br><br> TC PIPELINES, LP, STANLEY GRAHAM CHAPMAN, III, NATHAN BROWN, NADINE E. BERGE, JACK STARK, MALYN K. MALQUIST, PEGGY A. HEEG, GLORIA HARTL, and TC PIPELINES GP, INC., <br><br> Defendants. | ) ) ) ) ) ) Case No. 1:21-cv-00122-CFC ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 12, 2021

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*